## ATTACHMENT A

### Property To Be Searched

The Target Bags are the four bags, described and pictured below, that were seized following the arrest of Tyler Campbell on April 26, 2023:

1. A small black Omerta case with a lock



2. A black Omerta duffle bag



3. A striped reusable shopping tote



4. A black Steve Madden purse



The Target Bags are currently located in evidence storage at DEA's Portland, Maine Resident Office, 75 John Roberts Road, South Portland, Maine.