## ATTACHMENT B

### Items To Be Seized

The items to be seized from the Target Bags described and pictured in Attachment A, include, but are not limited to, the following evidence, contraband, and instrumentalities:

a.  Drugs, including methamphetamine and fentanyl;

b.  Tools, equipment, and other paraphernalia for transporting, processing, diluting, weighing, packaging, and distributing drugs, such as: plastic bags, heat-sealing devices, scales, funnels, sifters, grinders, glass panes, mirrors, razor blades, and substances used to dilute drugs;

c.  Firearms, ammunition, or other dangerous weapons;

d.  Proceeds from drug trafficking activities, including items of personal property;

e.  U.S. currency;

f.  Safes or other locked containers and the contents thereof (without the need for a separate search warrant);

g.  Books, records, receipts, notes, ledgers, and other papers related to ordering, purchasing, transporting, and distributing drugs;

h.  Cellular telephones, other digital devices, and electronic storage media; and

All in relation to violations of Title 21, United States Code, Sections 841, 843, and 846 (drug trafficking, unlawful use of a communications facility, and conspiracy to commit drug trafficking) that involve Tyler Campbell.