AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:23-mj-00114 | 05/02/2023 11:23 am | N/A |

Inventory made in the presence of :
TFO Daniel Donovan

Inventory of the property taken and name of any person(s) seized:

Suspected fentanyl;
Suspected crystal methamphetamine;
Suspected cocaine base;
Suspected cocaine HCL;
Uknown pills;
Suspected Gabapentin;
Bionic brand mixer with suspected drug residue.

## Certification

^ electronically

I declare under penalty of perjury that this inventory is correct and was returned ~~along with the original warrant~~ to the ~~designated judge.~~ United States Attorney's Office for electronic filing with the Court.

Date:   05/03/2023

*Executing officer's signature*

SA Kristopher Sullivan
*Printed name and title*